**INITIAL APPEARANCE MINUTES:**

| | |
|---|---|
| Time set: 2:30 pm | Date: 12/06/2012 |
| Start Time: 2:26 pm | Presiding Judge: Tommy E. Miller, USMJ |
| End Time: 2:30 pm | Courtroom Deputy: Cristi Dodge |
| | Reporter: FTR |
| Split Time ( ) | U.S. Attorney: Alan Salsbury/Bob Krask |
| | Defense Counsel: |
| | ( ) Retained ( ) Court appointed ( ) AFPD |
| | Interpreter: |

Case Number: 2:12cr184
USA v. Robert Patrick Hoffman, II

(x) Deft. Present (x) custody ( ) not in custody
(x) Initial Appearance (x) Indictment ( ) Probation Violation Petition ( ) Supervised Release Petition
    ( ) Criminal Information ( ) Rule 5 arrest ( ) Rule 32 arrest ( ) Criminal Complaint
(x) Deft. advised of rights, charges and right to counsel
(x) Counsel desired ( ) Defendant to retain: _____
( ) Defendant's motion to substitute counsel
( ) Order to substitute counsel executed and filed in open court
(x) Financial Affidavit filed in open Court
(x) Court (x) Directed ( ) Denied appointment of counsel — two attorneys to be appointed
( ) Court directed defendant to reimburse govt. at rate of $_____ per month. Payments to begin and continue each month thereafter until paid in full.
( ) Defendant waived ( ) Removal ( ) Preliminary hearing (In this District only)
( ) Defendant executed Waiver of Removal Hearing ( ) Waiver of Identity Hearing (In this District only)
( ) Waiver of Detention Hearing (In this District only)
( ) Commitment to Another District entered and filed in open court
( ) ( ) Preliminary ( ) Removal Hearing set for _____ at _____ before _____ U.S. Magistrate Judge.
( ) Preliminary Hearing ( ) Held ( ) Waived. ( ) Defendant stipulated to probable cause
( ) Court finds probable cause ( ) Defendant held for Grand Jury ( ) Defendant remanded to custody of U.S. Marshal for removal to charging district
(x) Government motion for Detention
( ) Government motion to withdraw motion for detention and set bond ( ) Granted ( ) Denied
(x) Detention Hearing scheduled for 12-11-12 at 3:00pm before DCM
( ) Detention Hearing ( ) Held ( ) Waived
(x) Temporary Detention Order entered and filed ( ) Detention Ordered Pending Trial
( ) Bond set at $ _____
( ) Special Conditions of Release: (See Page 2)
(x) Deft. remanded to custody of U. S. Marshal
( ) Warrant returned executed and filed in open court
(x) Defendant is directed to appear on _____ at _____ for
    ( ) Arraignment ( ) SRVH ( ) PVH ( ) Bench Trial
    ( ) Norfolk ( ) Newport News
( ) _____
( ) _____