IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:12-cr-184 |
| | ) | |
| ROBERT P. HOFFMAN, II, | ) | |
| Defendant | ) | |

NOTICE

This notice is to inform the Court that Sherrie S. Capotosto, Assistant United States Attorney, will be acting as counsel for the United States on all matters in reference to the Defendant's Motion to Vacate Special Administrative Measures imposed by the Bureau of Prisons (ECF No.'s 265 and 268) in the above-styled case.

Respectfully submitted,

LINDSEY HALLIGAN
UNITED STATES ATTORNEY

By:  /s/
Sherrie Capotosto
Assistant United States Attorney
United States Attorney's Office
Virginia State Bar No. 33127
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number: 757-441-6331
Facsimile Number: 757-441-6689
Sherrie.capotosto@usdoj.gov

CERTIFICATE OF SERVICE

I certify that on November 25, 2025, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record; I also sent a copy of this Notice to the following non-filing user:

Robert Hoffman
Inmate #81369-083
FCI Cumberland
P.O. Box 1000
Cumberland, MD 21501

By: _____/s/_____
Sherrie Capotosto
Assistant United States Attorney
United States Attorney's Office
Virginia State Bar No. 33127
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Office Number: 757-441-6331
Facsimile Number: 757-441-6689
Sherrie.capotosto@usdoj.gov